**2010–2219.   Helton v. Sheldon.**
In Habeas Corpus. On petition for writ of habeas corpus of Kurt A. Helton. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, and McGEE BROWN, JJ.,

1530

concur.

Cupp, J., not participating.